**Appeal No. 15-1603**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

INTELLIGENT VERIFICATION SYSTEMS, LLC,

                              Plaintiff – Appellant,

v.

MAJESCO ENTERTAINMENT CO., MICROSOFT CORP.,

                              Defendants – Appellees.

## IVS' UNOPPOSED MOTION FOR A FOUR-DAY EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

Birch, Stewart, Kolasch & Birch, LLP

Michael K. Mutter
Robert J. Kenney
Quentin R. Corrie
8110 Gatehouse Road
Suite 100 East
Falls Church, VA 22042
Telephone: (703) 205-8000
Facsimile:  (703) 205-8050

Pursuant to Fed. Cir. R. 26(b) and 27(h), Appellant, Intelligent Verification Systems, LLC ("IVS") requests that the time for filing Appellant's Reply Brief in the above-captioned appeal, now due September 14, 2015, be extended 4 days up to and including September 18, 2015.  Appellant has discussed this motion with counsel for Appellees Microsoft Corporation and Majesco Entertainment Co., as required by Fed. Cir. R. 26(b)(2), and Appellees do not oppose this motion for extension of time.  There is good cause for the required extension of time.  Counsel for Appellant requires this 4-day extension to file Appellant's Reply Brief due to other heavy case workloads, including other appeals before this Court, U.S. Patent and Trademark Office prosecution and other litigation matters with preexisting deadlines, as well as the Labor Day holiday.  Appellant believes the extension is necessary and that an extension does not prejudice the parties.

This is Appellant's first request for an enlargement of time in this case, so the total number of days of extension previously granted to the movant is zero. Appellant does not expect to make any further request.

Dated: September 1, 2015        Respectfully submitted,

/s/Michael K. Mutter
Michael K. Mutter
BIRCH STEWART KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
Telephone: (703) 205-8000
*Attorneys for Appellant Intelligent Verification Systems, LLC*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 26.1 and 47.4, counsel for Plaintiff-Appellant certify the following:

1. The full name of every party or amicus represented by us is:

    Intelligent Verification Systems, LLC.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented:

    The party named in the caption is the real party in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented:

    None.

4. The names of all law firms and the attorneys that appeared for the party now represented in the trial court or are expected to appear in this Court are:

    BIRCH, STEWART, KOLASCH, & BIRCH LLP: Michael K. Mutter, Robert J. Kenney, Quentin R. Corrie, John D.V. Ferman, Lynde F. Herzbach, Stephanie D. Grosvenor, Michael T. Smith, and Michael B. Marion (no longer with BSKB).

[NOTE: Lead counsel may consult with Joel Freed and Alexander Ott of McDermott, Will & Emery, LLP, although they will not enter an appearance in this Appeal.]

Dated: September 1, 2015          Respectfully submitted,

/s/ Michael K. Mutter
Michael K. Mutter
BIRCH STEWART KOLASCH & BIRCH, LLP
*Attorneys for Appellant Intelligent Verification Systems, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of September 2015, a true and correct copy of the above document was served via electronic mail and filed via the Court's ECF system, which will send a notification of such filing (NEF), to the following counsel listed below:

Zachary D. Silbersher
Kroub, Silbersher & Kolmykov PLLC
305 Broadway, 7th Fl.
New York, NY  10007
zsilbersher@kskiplaw.com
*Attorneys for Appellee*
*Majesco Entertainment Co.*

Ruffin Cordell
Ahmed J. Davis
FISH & RICHARDSON P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005
cordell@fr.com
davis@fr.com
*Attorneys for Appellee*
*Microsoft Corporation*

John W. Thornburgh
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
thornburgh@fr.com
*Attorneys for Appellee*
*Microsoft Corporation*

/s/ Michael K. Mutter
Michael K. Mutter
BIRCH STEWART KOLASCH & BIRCH LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22040-0747
Telephone: (703) 205-8000
*Attorneys for Appellant Intelligent Verification*
*Systems, LLC*